[No. 27689-1-I.   Division One.   July 6, 1992.]

ROBERT HOMMEL, *Appellant*, v. RUBY THWEATT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-2-03092-6, Robert C. Bibb, J., entered December 19, 1990. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Webster, A.C.J., and Agid, J. Now published at 67 Wn. App. 135.

[No. 30364-3-I.   Division One.   July 6, 1992.]

CREATIVE INNOVATIONS INTERNATIONAL, INC., *Petitioner*, v. EDWIN E. HOLTZ, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-2-02522-1, Larry E. McKeeman, J., entered March 23, 1992. *Reversed* by unpublished per curiam opinion.

[Nos. 28232-8-I; 29133-5-I.   Division One.   July 6, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBORAH KAYE BELCETO, *Appellant*.

*In the Matter of the Personal Restraint of* DEBORAH KAYE BROWN, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-06600-9, Bobbe J. Bridge, J., entered April 9, 1991, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Scholfield, J., concurred in by Forrest and Agid, JJ.